```
___ ✓ FILED      ___ LODGED
___ RECEIVED     ___ COPY

APR 0 4 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

V.

**Gerardo Mendoza**

*(Name of Defendant)*

**CRIMINAL COMPLAINT**

CASE NUMBER

07-04092M-001-PCT-MEA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about January 22, 2005, in the District of Arizona, the defendant, Gerardo Mendoza, did knowingly travel in interstate or foreign commerce from the State of Arizona to avoid prosecution for crimes which are felonies in the State of Arizona, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached affidavit incorporated by reference herein:**

Continued on the attached sheet and made a part hereof:     ☒ Yes ☐ No

AUTHORIZED BY: AUSA Camille D. Bibles

Tracie L. Keegan, Special Agent
Federal Bureau of Investigation
Name of Complainant

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 4, 2007                                at          Flagstaff, Arizona
                                                         City and State

Mark E. Aspey, United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## U.S. MAGISTRATE COURT
## FLAGSTAFF, ARIZONA
## AFFIDAVIT

I, Tracie L. Keegan, swear, depose and state as follows:

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), currently assigned to the Yuma Resident Agency/Lake Havasu City, Phoenix Division, Arizona. In the course of my duties, I am charged with the investigation of violations of Federal law, including unlawful flight to avoid prosecution. I have received training in the conduct of criminal investigations, including unlawful flights to avoid prosecution. The following information has been related to me by FBI SA Patrick Casey, which was either personally known by him or told to him by other FBI SAs, law enforcement officers, a sensitive source and other persons:

2. On February 3, 2005, a Mohave County Grand Jury returned a one count Indictment in case number CR-2005-0141 charging Gerardo Mendoza with First Degree Murder in violation of Arizona Revised Statutes 13-1105, 13-703, 13-701 and 13-801, a Class 1 Felony. Mendoza's co-defendant, Darlene Gonzales was Indicted on February 3, 2005, in case number CR-2005-0142 with Hindering Prosecution of Murder in the First Degree in violation of Arizona Revised Statutes 13-2512, 13-2510, 13-701, and 13-801, a Class 3 felony. An arrest warrant was issued for each defendant on February 3, 2005 by Mohave County Superior Court.

3. Investigation by Mohave County Sheriff's Office determined that on January 22, 2005, Mendoza shot a victim with a handgun in Ft. Mohave, Arizona. The victim did not survive the assault. Mendoza and his girlfriend, Darlene Gonzales, fled to Mexico. On May 4, 2005, Gonzales was extradited back to Mohave County when she was arrested attempting to re-enter the United States from Mexico. Mendoza is a United States Citizen. Mendoza has no ties to Arizona and is believed to be evading

1. arrest in Mexico.

2. 4. On April 2, 2007, SA Patrick Casey, FBI San Diego Office, stated that a sensitive source (hereinafter referred to as source) had relayed that an individual by the name of Gerardo Mendoza had contacted source telephonically multiple times. Source advised the most recent contacts with Mendoza were on March 25, 2007 and April 1, 2007. The source advised Mendoza stated he was "down here." The source also advised Mendoza made reference to bringing drugs "up there", however, the drug transaction fell through. SA Casey indicated the terminology "down there" and "up there" meant Mendoza was in Mexico.

5. Chief Deputy County Attorney Jace Zack of Mohave County, Arizona has made an official request that the FBI aid the Kingman Police Department in locating and apprehending Mendoza.

6. Based on the above articulated facts, I have probable cause to believe that Gerardo Mendoza did move or travel across state or foreign boundaries with the intent to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

The above affidavit does not contain all facts known to me, only those facts determined to be necessary to show probable cause.

Tracie L. Keegan
Special Agent
Federal Bureau of Investigation
Lake Havasu City, Arizona

Subscribed and sworn to before me this 4TH day of April, 2007.

MARK E. ASPEY
United States Magistrate

2